UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al.<br><br>　　　Plaintiffs,<br><br>　v.<br><br>ASSOCIATED FOREIGN EXCHANGE INC. et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-10086-SB-BFM<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　This is a qui tam action pursuant to the False Claims Act.  Relator filed the complaint on November 21, 2024.  After the government declined to intervene, the Court unsealed the case and ordered Relator to serve the complaint on August 13, 2025.  More than 90 days have passed, and Relator has not filed proof of service.  Relator is ordered to show cause, in writing, no later than November 21, 2025, why this action should not be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 4(m) (setting 90-day time limit for service).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; L.R. 7-15.

　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendants were served within the 90-day period or a showing of good cause supporting a request to extend the service period.  The filing of a proof of service shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Relator's claims.

Date: November 14, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge