UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED FOREIGN EXCHANGE INC. et al., <br><br> Defendants. | Case No. 2:24-cv-10086-SB-BFM <br><br> ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Relator filed its complaint against Defendants Continental Currency Services, Inc. (Continental), GPS Capital Markets, LLC (GPS), and Sectran Security, Incorporated (Sectran) on November 21, 2024.[1]  On December 8, 2025, Relator served Defendants.  *See* Dkt. Nos. 46, 51, 52.  While GPS and Sectran timely appeared and obtained extensions of the response deadline (Dkt. Nos. 55, 58), Continental failed to timely respond, and Relator has not sought entry of default against Continental.  Relator is ORDERED TO SHOW CAUSE, in writing, no later than January 12, 2026, why its claims against Continental should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before January 12, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further

---

[1] The Court dismissed Defendant Associated Foreign Exchange Inc. from the action on December 22, 2025.  Dkt. No. 56.

order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Relator's claims against Continental.


Date: January 6, 2026                                         _____
                                                              Stanley Blumenfeld, Jr.
                                                              United States District Judge