JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED FOREIGN EXCHANGE INC. et al., <br><br> Defendants. | Case No. 2:24-cv-10086-SB-BFM <br><br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendants' motion to dismiss the first amended complaint entered this day, it is ordered and adjudged that Relator's claims are dismissed on the merits with prejudice.

This is a final judgment.

Date: May 18, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1